United States District Court
Southern District of Texas
**ENTERED**
May 19, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALEX LAZAR, *Plaintiff*, | § § § | |
| V. | § § | CIVIL ACTION NO. 4:20cv2796 |
| ELECTROLUX HOME PRODUCTS, INC. ET AL, *Defendants*. | § § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated May 3, 2022 (Dkt. 66) and the objections thereto (Dkt. 67), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court. The court will enter a separate Final Judgment.

**SIGNED** at Houston, Texas this 19th day of May, 2022.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE