United States District Court
Southern District of Texas
**ENTERED**
May 19, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALEX LAZAR, *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:20cv2796 |
| ELECTROLUX HOME PRODUCTS, INC. ET AL, *Defendants.* | § § § | |

**FINAL JUDGMENT**

In accordance with the Order adopting the Magistrate Judge's recommendation that Defendants be granted summary judgment on all claims in this case, it is hereby ORDERED and ADJUDGED that Plaintiff shall take nothing on his claims against Defendants in this case and this case is DISMISSED WITH PREJUDICE in its entirety. Costs will be taxed against Plaintiff. This is a final judgment.

**SIGNED** at Houston, Texas this **19th** day of May, 2022.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE